Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq.  (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiffs:
CARMEN JOHN PERRI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH LIQUOR INC., a California corporation; PREMIUM WASH COIN LAUNDRY, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:   2:18-cv-10469-JVS-RAOx<br><br>Hon. James V. Selna<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  December 18, 2018<br>Trial Date:  None |

Please take notice that Plaintiff, CARMEN JOHN PERRI and Defendants, SOUTH LIQUOR INC. and PREMIUM WASH COIN LAUNDRY, LLC, by and through their counsel of record, have reached a settlement and are presently drafting, finalizing, and executing the formal settlement documents. The appropriate motions and/or stipulation of dismissal will be promptly filed upon execution of a final settlement agreement.

## CERTIFICATE OF SERVICE

I certify that on February 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: February 19, 2019            **MANNING LAW, APC**

By:   */s/ Michael J. Manning, Esq.*
       Michael J. Manning, Esq.
       Joseph R. Manning, Jr., Esq.
       Tristan P. Jankowski Esq.
       Attorneys for Plaintiffs,
       Carmen John Perri

NOTICE OF SETTLEMENT
2