JS - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Carmen John Perri,<br><br>      Plaintiff,<br><br>  v.<br><br>South Liquor Inc, et al,<br><br>      Defendant(s). | CV 18-10469-JVS(RAOx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: February 20, 2019

                                      _____
                                           James V. Selna
                                    United States District Judge